IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| v.  § | CASE NUMBER 1:13-CR-63-5-MJT |
| § | JUDGE MICHAEL TRUNCALE |
| § | |
| § | |
| CLIFFORD CARL BROMON § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Defendant, Clifford Carl Bromon, filed a *pro se* Motion for Early Termination of Probation or Supervised Release Term. [Dkt. 448.] The Government and the Eastern District of Texas Probation Department are opposed. Pursuant to 28 U.S.C. § 636(b), the Local Rules for the United States District Court for the Eastern District of Texas, and a specific referral order [dkt. 451], this motion was before United States Magistrate Judge Christine L. Stetson. Judge Stetson issued a report with recommended findings of fact and conclusions of law stating that the Defendant's motion should be denied. [Dkt. 453.] No objections were filed to the report and recommendation by the parties.

The Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report of the United States Magistrate Judge [dkt. 453] is ADOPTED. It is therefore ORDERED that the Defendant's motion [dkt. 448] is DENIED.

**SIGNED this 28th day of January, 2025.**

Michael J. Truncale
United States District Judge